| | |
|---|---|
| 1  Paul J. O'Rourke, Jr., # 143951<br>Brandon M. Fish, #203880<br>2  Ben Nicholson, # 239893<br>McCormick, Barstow, Sheppard<br>3  Wayte & Carruth LLP<br>P.O. Box 28912<br>4  5 River Park Place East<br>Fresno, CA  93720-1501<br>5  Telephone:     (559) 433-1300<br>Facsimile:      (559) 433-2300 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY, an Illinois Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>an Illinois Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>CHRIS BALOGH and MIRANDA DRESSLER,<br><br>            Defendants. | Case No.  C 06-6835 MJJ<br><br>**STIPULATION TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>**Date:         February 13, 2007<br>Time:         2:00 p.m.<br>Courtroom: 11** |

   The following is stipulated to by and between Plaintiff ALLSTATE INSURANCE COMPANY ("ALLSTATE") and Defendants CHRIS BALOGH and MIRANDA DRESSLER:

   1.   That the parties, or either of them, may appear telephonically for the Case Management Conference set for Tuesday, February 13, 2007 at 2:00 p.m.

   Based on the foregoing, ALLSTATE, BALOGH and DRESSLER hereby request that the

1  Court order that the parties, ~~or either of them~~, may appear telephonically for the Case
2  Management Conference set for Tuesday, February 13, 2007 at 2:00 p.m.

Dated: February 9, 2007

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By:   /s/ Brandon M. Fish
Paul J. O'Rourke, Jr.
Brandon M. Fish
Ben Nicholson
Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY,
An Illinois Corporation

Dated: February 9, 2007


By:   /s/ Geoffrey Rotwein
Geoffrey Rotwein
Attorneys for Defendants
CHRIST BALOGH and
MIRANDA DRESSLER

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2

Stipulation To Appear Telephonically For Case Management Conference
And [Proposed] Order Case No. C 06 6835 MJJ

1  **[PROPOSED] ORDER**

2       The Court hereby orders that the parties, or either of them, may appear telephonically for

3  the Case Management Conference set for Tuesday, February 13, 2007 at 2:00 p.m.

4       PURSUANT TO STIPULATION, IT IS SO ORDERED

5  Dated: __February 12__, 2007

6                                                               _____
   Martin J. Jenkins, Judge
7  United States District Court, Northern District

10  03238/01117-1061367.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501