| | |
|---|---|
| 1  Paul J. O'Rourke, Jr., # 143951 | (SPACE BELOW FOR FILING STAMP ONLY) |
|    Brandon M. Fish, #203880 | |
| 2  McCormick, Barstow, Sheppard | |
|    Wayte & Carruth LLP | |
| 3  P.O. Box 28912 | |
|    5 River Park Place East | |
| 4  Fresno, CA  93720-1501 | |
|    Telephone:     (559) 433-1300 | |
| 5  Facsimile:      (559) 433-2300 | |

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY, an Illinois Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation, | Case No.  C 06-6835 MJJ |
| Plaintiff, | **STIPULATION RE VOLUNTARY DISMISSAL OF ACTION** |
| v. | **[Fed. R. Civ. Pro. 41(a)]** |
| CHRIS BALOGH and MIRANDA DRESSLER, | |
| Defendants. | |

Pursuant to Federal Rule Civil Procedure 41(a)(1), plaintiff, ALLSTATE INSURANCE COMPANY, and Defendants, CHRISTOPHER BALOGH and MIRANDA PRINGLE-DRESSLER by and through their attorneys of record, hereby stipulate to dismiss this declaratory relief action in its entirety, without prejudice.  Each side to bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION RE VOLUNTARY DISMISSAL OF ACTION - Case No. C 06 6835 MJJ

| | |
|---|---|
| Dated:  October 16, 2007 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By:   /s/ Brandon M. Fish<br>Paul J. O'Rourke<br>Brandon M. Fish<br>Attorneys for Plaintiff,<br>ALLSTATE INSURANCE COMPANY,<br>an Illinois Corporation |
| Dated:  October 12, 2007 | LAW OFFICES OF GEOFFREY ROTWEIN |
| | By:   /s/ Geoffrey Rotwein<br>Geoffrey Rotwein<br>Attorney for Plaintiffs<br>CHRISTOPHER BALOGH and MIRANDA PRINGLE-DRESSLER |

03238/01117-1145021.v1

**IT IS SO ORDERED**

*Judge Martin J. Jenkins*

10/18/07

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION RE VOLUNTARY DISMISSAL OF ACTION - Case No. C 06 6835 MJJ